1014

No. 80–522. First American National Bank of Nashville v. Scarboro. C. A. 6th Cir. Certiorari denied.

No. 80–524. Russell et al. v. Tennessee. Ct. Crim. App. Tenn. Certiorari denied.

No. 80–525. Buschmann v. United New York Sandy Hook Pilots' Assn. et al. Ct. App. N. Y. Certiorari denied.

No. 80–531. Schneider v. Bowes et al. C. A. 9th Cir. Certiorari denied.

No. 80–534. Adler v. New York. Ct. App. N. Y. Certiorari denied.

No. 80–546. Studiengesellschaft Kohle m.b.H., Trustee v. Eastman Kodak Co. C. A. 5th Cir. Certiorari denied.

No. 80–555. Cota v. County of Los Angeles et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–563. Premo Pharmaceutical Laboratories, Inc., et al. v. Eli Lilly & Co. C. A. 3d Cir. Certiorari denied.

No. 80–564. Duplantis v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 80–579. Carden et ux. v. Montana. C. A. 9th Cir. Certiorari denied.

No. 80–638. Seidman v. United States. C. A. 7th Cir. Certiorari denied.

No. 80–641. Kalman v. United States. C. A. 2d Cir. Certiorari denied.